## Commonwealth *v.* Welsh, Appellant.

Before LARSEN, J., without a jury.

Argued November 18, 1975. *Edward J. Whitfield*, with him *Parmelee, Miller, Welsh & Kratz*, for appellant; *Charles W. Johns*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, *John M. Tighe*, First Assistant District Attorney, and *John J. Hickton*, District Attorney, for Commonwealth, appellee.

Order affirmed.

JACOBS, J., absent.

## Commonwealth *v.* Wiley, Appellant.

Before ACKER, J.

Argued November 21, 1975. *Warren R. Keck, III*, with him *Voorhies, Dilley, Keck, Rowley & Wallace*, for appellant; *Robert F. Banks*, First Assistant District Attorney, with him *Joseph J. Nelson*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.